IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEFF DaNIELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FIGURE 8 COMMUNICATIONS, INC.,<br><br>Defendant. | Civil Action No.: 3:20-CV-00125-KRG<br><br>COLLECTIVE AND CLASS ACTION |

**ORDER**

AND NOW, this 28th day of September, 2022, upon consideration of Plaintiffs' Unopposed Motion to Approve Collective Action Settlement and Attorney Fees with Memorandum in Support, the accompanying and fully executed Settlement Agreement and Release of Claims, and all other papers and proceedings herein, it is hereby ORDERED that:

1. The Motion is **GRANTED**, and the accompanying Settlement Agreement is **APPROVED** as a fair and reasonable resolution of this action under Section 16(b) of the Fair Labor Standards Act, 29 U.S.C. § 216(b) ("FLSA").

2. The action is **DISMISSED WITH PREJUDICE AS SETTLED**, although this Court retains jurisdiction over this action for purposes of overseeing any disputes arising from the implementation, administration, or enforcement of the settlement terms.

3. All Participating Settlement Class Members, including the Named Plaintiff, are permanently barred from prosecuting any of the Released Claims against any Released Entities, as those terms are defined in the Parties' Settlement Agreement.

BY THE COURT:

/s/ Kim R. Gibson
_____
United Stated District Judge